IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                    No. CIV 2:10-cv-1023-MCE-JFM

    vs.

SUSANNA S.M. WATT, et. al.,

        Defendants.             <u>ORDER SETTING STATUS CONFERENCE</u>

_____/

        Pursuant to the provisions of Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED that:

        1. A Status (Pretrial scheduling) Conference is set for September 23, 2010, at 11:00 a.m. in courtroom #26 before the undersigned.

        2. All parties shall appear by counsel (or in person if acting without counsel).

        3. The parties are not required to submit to the court or serve upon the parties a Status Report, but Counsel shall attend the Status Conference prepared to briefly set out their views on the following matters:

           a. Service of process;

           b. Possible joinder of additional parties;

           c. Any expected or desired amendment of the pleadings;

           d. Jurisdiction and venue;

    e.  Anticipated motions and the scheduling thereof;

    f.  Anticipated discovery and the scheduling thereof;

    g.  Future proceedings, including setting appropriate cutoff dates for discovery and law and motion and the scheduling of a pretrial conference and trial;

    h.  Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

    i.  Whether the case is related to any other case, including matters in bankruptcy;

    j.  Whether the counsel will stipulate to the trial judge acting as settlement judge and waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

    k.  Any other matters that may add to the just and expeditious disposition of this matter.

   4.  Counsel are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition (<u>see</u> Local Rule 160).

DATED: July 22, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;john1023.1003

2